IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

RONALD HOWERTON, et al.,

        Plaintiffs,

v.                          CIVIL ACTION NO. 5:05-cv-00198

BLUESTONE INDUSTRIES, INC., et al.,

        Defendants.

**ORDER OF DISMISSAL**

This Court has been advised that the above-styled civil action has been compromised and settled. Therefore, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to counsel of record and any unrepresented party.

        ENTER:    March 12, 2007

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE